# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO. | 8:20-cr-402-TPB-JSS | DATE: | November 17, 2021 |
|---|---|---|---|
| **HONORABLE THOMAS P. BARBER** | | **INTERPRETER:** | N/A |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CHRISTOPHER BUONOCORE** (Bond) | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL**<br>Lisa Thelwell, AUSA | |
| | | **DEFENSE COUNSEL**<br>Brian Bieber, ret. | |
| **COURT REPORTER:** Rebekah Lockwood | | **DEPUTY CLERK:** | Magaly Justiniano |
| **TIME:** | 2:27 P.M. – 3:47 P.M.<br>3:56 P.M. – 4:56 P.M. | **TOTAL:** 2 hours, 20 mins | **PROBATION:** Wilmarisa Martinez-Ortiz |
| | | **COURTROOM:** | 14A |

**PROCEEDINGS:**    **SENTENCING HEARING**

Defendant sworn and adjudged guilty on Counts One, Two, Three, Four, Five, and Six of the Information.

Statements made by counsel

Government Witnesses: T.P., M.C., and C.M, sworn and testified.

Defense Witnesses: Frances Bennett and John Buonocore, sworn and testified.

The defendant's objection regarding paragraphs 53, 54, and 58 of the PSR are sustained.

The total offense level is reduced to 24.

Government requests an upward variance to 135 months of imprisonment.

The defendant requests a sentence of 50 months of imprisonment.

Court in recess until November 18, 2021 at 11:30 A.M.