UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                        Case No.: 8:20-cr-00402-TPB-JSS

vs.

CHRISTOPHER BUONOCORE,

    Defendant.
_____/

# DEFENDANT'S MOTION FOR BRIEF RESENTENCING HEARING AND INCORPORATED MEMORANDUM OF LAW

Defendant, **CHRISTOPHER BUONOCORE ("Mr. Buonocore")**, by and through undersigned counsel, and pursuant to Federal Rule of Criminal Procedure 35(a), hereby files this Motion for Brief Resentencing hearing and Incorporated Memorandum of Law, and, as grounds therefore, states as follows:

## MOTION

1. On November 18, 2021, Defendant was sentenced by this Court to, inter alia, one hundred eighty (180) months in prison.

2. After hearing argument of counsel at the sentencing hearing, this Court determined the applicable advisory sentencing guideline range to be 51 – 63 months.

3. Per the Court's inquiry, the Defendant requested a sentence of 48 months in prison and the Government requested a sentence of 135 months in prison.

4. The Plea Agreement (D.E. 5) provided, in Paragraph 8, "the United States will recommend to the Court that the defendant be sentenced within the defendant's applicable guidelines range as determined by the Court pursuant to the United States Sentencing Guidelines[.]"

5. The Government's recommendation exceeded 63 months imprisonment.

6. In its Statement of Reasons, the Court recognized the Government's Motion for Variance. (D.E. 45, Section VI.B.2).

7. The Court's written Judgment (D.E. 44) and Statement of Reasons (D.E. 45) were filed December 6, 2021. The Amended Judgment was filed on December 16, 2021 (D.E. 46).

## REQUEST FOR RELIEF

8. "When the plea rests in any significant degree on a promise or agreement of the prosecutor, so that it can be said to be part of the inducement or consideration, such a promise must be fulfilled." United States v. Santobello, 404 U.S. 257, 262 (1971); see also United States v. Thomas, 487 F.3d 1358, 1360

2

(11th Cir. 2007) ("A material promise made by the government, which induces a defendant to plead guilty, binds the government to that promise.").

9. In the interests of justice, Defendant respectfully requests this Court vacate Defendant's sentence, set the matter for re-sentencing,[1] permit the parties to make their sentencing recommendations consistent with the Plea Agreement, and the Court thereafter resentence the Defendant.

10. Undersigned counsel has conferred with Assistant United States Attorney Lisa Thelwell, who advised the Government takes **no position** with respect to the relief requested herein.

**WHEREFORE,** Defendant **CHRISTOPHER BUONOCORE**, respectfully requests this Honorable Court grant his Motion for Brief Resentencing hearing, and grant such other relief as is just and proper.

Respectfully submitted,

**GRAYROBINSON, P.A.**
Attorneys for Defendant
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887
brian.bieber@gray-robinson.com

By: s/Brian H. Bieber
BRIAN H. BIEBER
Florida Bar #8140

---

[1] The undersigned is available on January 4, 2022, if convenient for the Court and Government.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 17, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/Brian H. Bieber
BRIAN H. BIEBER
