UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:20-cr-402-SDM-JSS

CHRISTOPHER BUONOCORE
_____/

**ORDER**

    Christopher Buonocore moves (Doc. 106) for leave to appeal *in forma pauperis* and presents as his sole issue on appeal that "the sentence imposed was both procedurally and substantively unreasonable."  A report (Doc. 106) by the magistrate judge determines that the motion fails to present an arguable legal issue.  The report, however, observes that three days after the motion the Federal Defender appeared on Buonocore's behalf.  Accordingly, the report recommends denying the motion without prejudice.  The report and recommendation is **ADOPTED**, and the motion (Doc. 106) for leave to appeal *in forma pauperis* is **DENIED WITHOUT PREJUDICE**.  Buonocore may renew the motion not later than **JULY 10, 2023**.

    ORDERED in Tampa, Florida, on June 27, 2023.

                                                       STEVEN D. MERRYDAY
                                          UNITED STATES DISTRICT JUDGE